UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                         :

UNITED STATES OF AMERICA        :

                         :  **INDICTMENT**

   - v. -               :

                         :  22 Cr.

CARMINE SARNELLI,         :
   a/k/a "Tony,"         :

        Defendant.     :  **22 CRIM 116**

                         :

- - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury charges:

1.   From at least in or about 2019, up to and including in or about May 2021, in the Southern District of New York and elsewhere, CARMINE SARNELLI, a/k/a "Tony," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that CARMINE SARNELLI, a/k/a "Tony," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substance that CARMINE SARNELLI,

a/k/a "Tony," the defendant, conspired to distribute and possess with intent to distribute was 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

4.    The use of such controlled substance, which had been distributed by CARMINE SARNELLI, a/k/a "Tony," the defendant, on or about August 8, 2019, resulted in the death of Luis Geraldo Nunez, a/k/a "Tiffany."

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Narcotics Trafficking)

The Grand Jury further charges:

5.    On or about May 15, 2021, in the Southern District of New York and elsewhere, CARMINE SARNELLI, a/k/a "Tony," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

6.    The controlled substance involved in the offense was 50 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States

2

Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).)

## FORFEITURE ALLEGATION

7.    As a result of committing the offenses alleged in Count One and Count Two of this Indictment, CARMINE SARNELLI, a/k/a "Tony," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

8.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot

be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**V.**

**CARMINE SARNELLI,**
**a/k/a "Tony,"**

Defendant.

INDICTMENT

22 Cr.

(21 U.S.C. §§ 846 and 841.)

DAMIAN WILLIAMS
United States Attorney

Foreperson