UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA,

     v.                                 NO. 22 Cr. 116 (NRB)

CARMINE SARNELLI,

       Defendant.

-----------------------------------------------------x

**NOTICE OF MOTIONS TO DISMISS THE OVERDOSE OFFENSE IN COUNT ONE
AND TO SUPPRESS UNLAWFULLY OBTAINED EVIDENCE**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Carmine Sarnelli, and

upon the accompanying Memorandum of Law, the Defendant Carmine Sarnelli will move this

Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel

Patrick Moynihan United States Courthouse, Courtroom 21A, 500 Pearl Street, New York, NY,

for an Order:

1.      Dismissing the charge in Count One that the use of a controlled substance

distributed by Mr. Sarnelli resulted in death for failure to state an offense and for lack of venue;

2.      Suppressing all evidence and statements obtained as the result of the unlawful

stop and arrest of Mr. Sarnelli, the unlawful search of Mr. Sarnelli's belongings, and the

unlawful interrogation of Mr. Sarnelli on May 15, 2021, and the fruits thereof; and

3.      Granting such other relief as this Court may deem just and proper.

Respectfully submitted,


By: /s/ Christopher Gunther
   Christopher Gunther
   Skadden, Arps, Slate, Meagher & Flom LLP
   One Manhattan West
   New York, NY 10001
   Tel.: (212) 735-3483
   Fax: (917) 777-3483
   christopher.gunther@skadden.com

   *Attorney for Defendant Carmine Sarnelli*

Dated: July 8, 2022